Certificate Number: 16339-TNE-DE-037093774

Bankruptcy Case Number: 23-50020



16339-TNE-DE-037093774

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>January 9, 2023</u>, at <u>3:29</u> o'clock <u>PM EST</u>, <u>Noah Booshu</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Tennessee</u>.

Date:   <u>January 9, 2023</u>           By:     <u>/s/Kelley Tipton</u>

                                       Name:   <u>Kelley Tipton</u>

                                       Title:  <u>Certified Financial Counselor</u>